# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### District Judge Gordon P. Gallagher

Civil Action No. 26-cv-02302-GPG

CLETUS GODLUCKMOLEMEN,

     Petitioner,

v.

JUAN BALTAZAR, *Warden, Denver Contract Detention Facility*,
TODD LYONS, *Director of ICE*,
U.S. ATTORNEY GENERAL,
U.S. DEPARTMENT OF HOMELAND SECURITY, *DHS*,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 13] entered on June 30, 2026, the Order [D. 15] entered on July 15, 2026, by United States District Judge Gordon P. Gallagher and Status Report [D. 17] by Respondents, it is

ORDERED that Respondent's complied with the orders [D. 13, 15] and Petitioner was released on July 20 2026. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 28th day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By:    s/D. Clement
        Deputy Clerk